**Electronically Filed**
**Supreme Court**
**SCWC-13-0003039**
**29-AUG-2017**
**02:25 PM**

SCWC-13-0003039

IN THE SUPREME COURT OF THE STATE OF HAWAI'I

---

STATE OF HAWAI'I,
Petitioner/Plaintiff-Appellee,

vs.

VICENTE KOTEKAPIKA HILARIO,
Respondent/Defendant-Appellant.

---

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP-13-0003039; CR. NO. 11-1-0023)

ORDER REJECTING APPLICATION FOR WRIT OF CERTIORARI
(By: Recktenwald, C.J., Nakayama, McKenna, Pollack, and Wilson, JJ.)

Petitioner/Plaintiff-Appellee State of Hawaii's application for writ of certiorari filed on July 21, 2017, and Respondent/Defendant-Appellant Vicente Kotekapika Hilario's application of writ of certiorari filed on July 23, 2017, are hereby rejected.

DATED: Honolulu, Hawai'i, August 29, 2017.

/s/ Mark E. Recktenwald

/s/ Paula A. Nakayama

/s/ Sabrina S. McKenna

/s/ Richard W. Pollack

/s/ Michael D. Wilson

